

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,542-01

### EX PARTE TIMOTHY E. THOMPSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 09-03-02703-CR IN THE 9TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, ___

S.W.3d ___, No. WR-82,101-01, 2015 WL 6518272 (Tex. Crim. App. Oct. 28, 2015).

FILED: JANUARY 13, 2016
DO NOT PUBLISH